UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AT GREENVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC Case No. 6:17-cr-00074 |
| ) | |
| LESLIE EARLE ALVERSON, ) | |
| ) | Hon. Bruce Howe Hendricks |
| Defendant/Movant. ) | U.S. District Judge |

## MOTION TO EXPAND THE RECORD

COMES NOW LESLIE EARLE ALVERSON, Defendant/Movant *pro se*, in the above styled and numbered cause, and respectfully moves this Honorable Court to expand the record to include the attached exhibits in support of his contemporaneously submitted motion for sentence reduction under the compassionate release statute.[1]

Respectfully submitted, this 19th day of November, 2020.

Leslie Earle Alverson, *Pro Se*
Fed. Reg. No. 32073-171

---

[1] The attached exhibits tend to establish the "extraordinary and compelling reasons" arising from the COVID-19 disaster, asserted as grounds for modification of Mr. Alverson's sentence.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Expand the Record, with all exhibits, has been mailed, first class postage prepaid, on this 19th day of November, 2020, to: opposing counsel, Assistant United States Attorney, Anne Hunter Young, 1441 Main Street, Suite 500, Columbia, SC 29201.

Executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this 19th day of November, 2020.

Leslie Earle Alverson, *Pro Se*
Fed. Reg. No. 32073-171
FCI Ashland
P.O. Box 6001
Ashland, KY 41105